---

### In re BENSEL et al., Board of Water Supply.

(Supreme Court, Appellate Division, Third Department. March 23, 1911.)

EMINENT DOMAIN (§ 265*)—COSTS—ALLOWANCE—ORDER.

 An application by a board of water supply to acquire real estate, for the purpose of procuring the approval of the Supreme Court of certain new highways in place of highways to be discontinued, is a special proceeding, and the allowance of costs means the allowance of costs as in an action under Code Civ. Proc. § 3240, so that there is no reason for specifying the amount of costs in the order.

 [Ed. Note.—For other cases, see Eminent Domain, Dec. Dig. § 265.*]

Application by John A. Bensel and others, as the Board of Water Supply, to acquire real estate for the purpose of procuring the approval of the Supreme Court of certain new highways, in place of highways to be discontinued, in the town of Olive, Ulster county. On motion for an order amending an order by inserting therein the amount of costs allowed to the Citizens' Standard Telephone Company. Motion denied.

Archibald R. Watson and Amasa J. Parker, Jr., for the motion.
D. G. Atkins, opposed.

PER CURIAM. This is a special proceeding and the allowance of costs means the allowance of costs as in an action under section 3240 of the Code of Civil Procedure. Matter of City of Brooklyn, 148 N. Y. 107, 42 N. E. 413. There is no more reason in specifying the amount of costs in this order than in any order affirming or reversing a judgment rendered at the Trial Term.

The motion is therefore denied.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes